Case Number: FECR139070　　Case Title: STATE OF IOWA VS NELSON, EMILY ANN

Opened: 08-13-2020
County: Dubuque
Case Type: Drug　　Judge:
Prayer Amount: $.00

> Case
> US v. Nelson
> No. 21-1009
> Sentencing Hearng
>
> **Exhibit A**

⊞ Show/Hide Participants

⊞ Show/Hide Charges

| File Date | Case History |
|---|---|
| 04-25-2021 11:30:00 AM Court | WITHDRAWAL OF COUNSEL: WITHDRAWAL OF COUNSEL - CLOSED CASES<br>Filed by: Court |
| 02-08-2021 10:09:00 AM Court | DISMISSED PER COURT<br>Filed by: Court |
| 02-08-2021 08:25:00 AM Plaintiff | MOTION TO DISMISS<br>Filed by: SHEA M CHAPIN |
| 02-03-2021 02:43:00 PM Court | ORDER FOR PRETRIAL CONFERENCE<br>PRETRIAL CONFERENCE 02/16/2021 03:00 PM 3103.<br>Filed by: Court |
| 02-01-2021 04:39:00 PM Court | ORDER FOR PRETRIAL CONFERENCE<br>PRETRIAL CONFERENCE 02/15/2021 03:00 PM 3103.JURY TRIAL 02/23/2021 09:30 AM 3102.<br>Filed by: Court |
| 12-10-2020 10:10:00 AM Court | OTHER ORDER<br>RECORD OF BOND REVIEW<br>Filed by: Court |
| 12-01-2020 11:43:00 AM Court | OTHER ORDER<br>FOR HEARING BY VIDEO AND / OR TELEPHONE CONFERENCE<br>Filed by: Court |
| 12-01-2020 11:42:00 AM Court | ORDER SETTING HEARING<br>BOND REVIEW 12/10/2020 10:00 AM 3103.<br>Filed by: Court |
| 11-30-2020 10:39:00 AM Court | MOTION<br>FOR BOND REVIEW<br>Filed by: Court |
| 11-12-2020 10:28:00 AM Court | HEARING FOR INITIAL APPEARANCE<br>Filed by: Court |
| 11-12-2020 10:26:00 AM Court | OTHER ORDER<br>RE SPEEDY TRIAL DEMAND<br>Filed by: Court |
| 11-12-2020 06:29:00 AM Court | WARRANT SERVED<br>Filed by: Court |
| 10-09-2020 06:29:00 AM Court | PUBLIC/BENCH WARRANT: BENCH WARRANT<br>Filed by: Court |
| 10-08-2020 04:51:00 PM Court | ORDER TO ISSUE PUBLIC/BENCH WARRANT: ORDER TO ISSUE BENCH WARRANT<br>CC: SHER<br>Filed by: Court |

| Date | Entry |
|---|---|
| 09-28-2020 10:39:00 AM<br>Plaintiff | PRETRIAL VIOLATION REPORT<br>Filed by: Court |
| 09-14-2020 01:24:00 PM<br>Court | ORDER OF ARRAIGNMENT<br>PRETRIAL CONFERENCE 02/01/2021 03:00 PM 3103.JURY TRIAL 02/09/2021 09:30 AM 3102.<br>Filed by: Court |
| 09-14-2020 09:48:00 AM<br>Court | WRITTEN ARRAIGNMENT AND PLEA OF NOT GUILTY: WRITTEN ARRAIGNMENT & PLEA OF NOT GUILTY<br>Filed by: Court |
| 09-14-2020 09:48:00 AM<br>Court | WAIVER OF SPEEDY TRIAL<br>Filed by: Court |
| 09-09-2020 01:34:00 PM<br>Court | ORDER FOR ARRAIGNMENT<br>ARRAIGNMENT 09/14/2020 09:00 AM 3104.<br>Filed by: Court |
| 08-31-2020 01:30:00 PM<br>Court | TRIAL INFORMATION<br>Filed by: Court |
| 08-31-2020 01:30:00 PM<br>Court | MINUTES OF TESTIMONY<br>Filed by: Court |
| 08-19-2020 03:27:00 PM<br>Plaintiff | BOND POSTED<br>UNSECURED<br>Filed by: Court |
| 08-19-2020 10:07:00 AM<br>Plaintiff | PRE-TRIAL RELEASE EVALUATION<br>Filed by: Court |
| 08-14-2020 03:40:00 PM<br>Court | APPEARANCE - MULTI-CASE FILINGS ONLY<br>Filed by: Court |
| 08-14-2020 10:26:00 AM<br>Court | Docket withheld. Docket Security Level Exceeded |
| 08-14-2020 09:18:00 AM<br>Court | HEARING FOR INITIAL APPEARANCE<br>PRELIMINARY HEARING 08/31/2020 10:30 AM 3106.<br>Filed by: Court |
| 08-14-2020 08:15:00 AM<br>Plaintiff | APPEARANCE<br>Filed by: SHEA M CHAPIN |
| 08-14-2020 05:24:00 AM<br>Court | APP FOR COUNSEL/FINANCIAL STATEMENT<br>Filed by: Court |
| 08-13-2020 09:20:00 PM<br>Court | CRIMINAL COMPLAINT<br>Filed by: Court |